# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| In re: ) <br> ) <br> M'ARMORE, INC. ) <br> ) <br> *Debtor.* ) <br> ) <br> ──────────────────── ) <br> ) <br> JANET M. MEIBURGER, TRUSTEE, ) <br> ) <br> *Plaintiff,* ) <br> v. ) <br> ) <br> HAND OF GOD TILE SERVS., LLC, ) <br> ) <br> *Defendant.* ) <br> ──────────────────── ) | Civil No. 1:18-cv-419 <br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by United States Bankruptcy Judge Brian F. Kenney ("Recommendation") on January 12, 2018. *See* Dkt. 2. This matter was transmitted to this Court on April 12, 2018. *See* Dkt. 1. Pursuant to Bankruptcy Rule 9033(b), the deadline for submitting any objections to the Recommendation was January 26, 2018. No objection was filed.

Thus, after reviewing the record and Judge Kenney's Recommendation and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation (Dkt. 2) in full.

Therefore, it is hereby **ORDERED** that Plaintiff Janet M. Meiburger, Trustee's Motion for Default Judgment against Defendant Hand of God Tile Services, LLC is **GRANTED**.

It is **ORDERED** that judgment is hereby entered in favor of Plaintiff Janet M. Meiburger, Trustee and against Defendant Hand of God Tile Services, LLC, in the amount of Thirty Seven Thousand Three Hundred and Nineteen Dollars ($37,319.00), to include post-judgment interest at the federal rate as provided in 28 U.S.C. § 1961.

The Clerk of Court is direct to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

June 6, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge